# UNITED STATES DISTRICT COURT

for

# EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

U.S.A. vs. Latarence Antwan Alexander          Docket No. 4:02-CR-54-1H

## Petition for Action on Supervised Release

COMES NOW J. Brock Knight, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Latarence Antwan Alexander, who, upon an earlier plea of guilty to 21 U.S.C. § 841(a)(1) and (b)(1)(B), Possession With Intent to Distribute. at Least 5 Grams of Crack Cocaine, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on March 18, 2003, to the custody of the Bureau of Prisons for a term of 135 months. On November 26, 2008, pursuant to 18 U.S.C. § 3582(c)(2), Retroactive Crack Cocaine Amendment, the defendant's sentence was reduced to 108 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

Latarence Antwan Alexander was released from custody on October 12, 2010, at which time the term of supervised release commenced.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

A urine specimen collected from the releasee on March 14, 2011, was positive for marijuana. When this officer confronted Alexander about illicit drug use, he admitted that he used marijuana on March 14, 2011. As a sanction for this violation conduct, service of 2 days in jail and substance abuse treatment are recommended.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Latarence Antwan Alexander
Docket No. 4:02-CR-54-1H
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 consecutive days. He shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Senior U.S. Probation Officer | /s/ J. Brock Knight<br>J. Brock Knight<br>U.S. Probation Officer<br>201 South Evans Street, Room 214<br>Greenville, NC 27858-1137<br>Phone: (252) 758-7200<br>Executed On: March 16, 2011 |

### ORDER OF COURT

Considered and ordered this 22ᴺᴰ day of March, 2011, and ordered filed and made a part of the records in the above case.

/s/ Malcolm J. Howard
Malcolm J. Howard
Senior U.S. District Judge